# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 323 WAL 2021

           Respondent             :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

          v.                              :

                                     :

JOHN P. STIVER,                       :

                                     :

           Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 26th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.